IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SARAH ANN ROBERTS                                                                       PLAINTIFF

VS.                                         3:13CV00028 JTR

CAROLYN W. COLVIN, ACTING COMMISSIONER,           DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE